JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FONSECA,<br><br>     Plaintiff,<br><br>  v.<br><br>PERFORMANCE FOOD GROUPS, INC. et al.,<br><br>     Defendants. | Case No. 2:22-cv-08300-SB-MRW<br><br>ORDER OF DISMISSAL |

The parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on August 2, 2023. This action is therefore dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Date: August 3, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge